UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MELINDA OLSEN

v.

JEFFERSON PARISH

CIVIL ACTION NO. 2020-268-BWA-MBN

SECTION "M"
JUDGE: BARRY W. ASHE

DIVISION "5"
MAGISTRATE JUDGE:
MICHAEL B. NORTH

JURY DEMANDED

## WITNESS AND EXHIBIT LISTS

Defendant, Jefferson Parish, submits the following Witness and Exhibit Lists:

## WITNESS LIST

Defendant identifies the following witnesses who may be called at trial:

1. Melinda Olsen;

2. Michelle Brignac;

3. Shannon Neal;

4. Madison Martin;

5. John Dumas;

6. Robin Beaulieu;

7. Representative(s) and/or employees of the Animal Shelter Department and/or Jefferson Parish;

8. Any individuals listed by Plaintiff;

9. Any individuals that become necessary to call for impeachment;

10. Any individuals that become necessary to call for rebuttal;

11. Any individuals identified through discovery in this matter.

**AS DISCOVERY IS ONGOING, DEFENDANT EXPRESSLY RESERVES ITS RIGHT TO SUPPLEMENT AND AMEND THIS WITNESS LIST.**

## EXHIBIT LIST

Defendant identifies the following exhibits that may be introduced at trial:

1. Personnel file for Olsen;

2. Payroll and time records for Olsen during the applicable statute of limitations period;

3. Any documents, text messages, statements voicemails, emails, phone records, correspondence, or memoranda that arise from or in any way relate to the employment, performance, discipline, benefits, schedules, time worked, and pay for Olsen;

4. Jefferson Parish Handbook provisions, Policies, and Personnel Rules applicable to the Plaintiff's claims;

5. Any and all depositions and exhibits attached thereto taken in the underlying matter;

6. Any and all discovery responses and documents produced in discovery;

7. Any and all documents or evidence produced or listed by any other party;

8. Any and all documents or evidence which may be discovered between now and the time of trial;

9. Any documents necessary for impeachment.

**AS DISCOVERY IS ONGOING, DEFENDANT EXPRESSLY RESERVES ITS RIGHT TO SUPPLEMENT AND AMEND THIS EXHIBIT LIST.**

Respectfully submitted by:

By: /s/Amanda M. Plaiscia
    Craig R. Watson, #29473 (T.A.)
    Guice A. Giambrone, III, #25062
    Amanda M. Plaiscia, #35962
    Blue Williams, L.L.P.
    3421 N. Causeway Blvd., Suite 900
    Metairie, Louisiana 70002
    Tel.: 504-831-4091/Fax: 504 849-3057
    Email: cwatson@bluewilliams.com
    Email: ggiambrone@bluewilliams.com
    Email: aplaiscia@bluewilliams.com
    *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on March 23, 2021 a copy of this filing was served contemporaneously on all attorneys of record via the court's CM/ECF system.

/s/ Amanda M. Plaiscia