UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MELINDA OLSEN                                                                                     CIVIL ACTION

VERSUS                                                                                                   NO. 20-268

JEFFERSON PARISH                                                                             SECTION M (5)

## SCHEDULING CONFERENCE NOTICE

      Due to a scheduling conflict, the telephone scheduling conference currently set for **June 9, 2021, at 9:30 a.m.,** will be reset to **June 23, 2021, at 10:30 a.m.,** for the purpose of rescheduling a pre-trial conference and trial on the merits. The Court will be represented at the conference by its Case Manager.  All parties are to call into the conference call at (877) 873-8018, Access Code: 2994682.

If any party has a conflict with the selected date or time of the conference, they should notify the case manager at the email address listed below.

      **TRIAL COUNSEL** are to participate in this conference.  If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements.

                                          CHERIE CHARLES
                                          CASE MANAGER, SECTION M
                                          (504) 589-7703
                                          Cherie_Charles@laed.uscourts.gov

**COUNSEL ARE TO COMPLY WITH THE DISCLOSURE REQUIREMENTS OF RULE 26(a)(1) and 26(f), LOCAL RULE 26 AND THE CORPORATE DISCLOSURE REQUIREMENTS OF F.R.C.P. 7.1.  COUNSEL ARE TO BE PREPARED TO ANSWER THE ATTACHED QUESTIONS CONCERNING DISCLOSURE.**

**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**

**IMPORTANT NOTICE TO COUNSEL**

**COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:**

1. Have all parties completed your Rule 26(a)(1) mandatory initial disclosures?

2. Have all parties stipulated that initial disclosures under Rule 26(a)(1) will **not** be made in this case?

3. Do any of the parties' object to making Rule 26(a)(1) initial disclosures in this case? *

4. Have the corporate parties filed their corporate disclosure statement?


*WRITTEN OBJECTIONS **MUST** BE FILED THREE WORKING DAYS PRIOR TO THE SCHEDULING CONFERENCE.